Manohar Raju
Public Defender
City and County of San Francisco
Matt Gonzalez, Chief Attorney

Sean Lai McMahon, SBN 329684
Deputy Public Defender
555 Seventh Street
San Francisco, CA 94103
Direct: (628) 271-9874
Email: sean.mcmahon@sfgov.org
*Attorneys for Petitioner*

Eric Grant
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Tracey N. McDonald
Trial Attorney
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro C.V., | Case No. 1:26-cv-02326-DC-EFB |
| Petitioner, | **JOINT STIPULATION TO BRIEFING SCHEDULE** |
| v. | |
| Christopher CHESTNUT, et. al. | Immigration Habeas Case |
| Respondents. | |

1

JOINT STIPULATION TO BRIEFING SCHEDULE

Petitioner, Pedro C.V., and Respondents Christopher Chestnut, et. al. ("Respondents"), by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, to the following briefing deadlines:

1. Respondents shall file any response within 6 days of the filing of this stipulation, by end of day on April 16, 2026;

2. Petitioner shall file any reply within four days of Respondents' submission, by end of day on April 20, 2026.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents, subject to the Court's approval, that Respondents' response will be due on April 16, 2026, and Petitioner's reply will be due on April 20, 2026.

Dated: April 10, 2026                         Respectfully submitted,


                                              /s/ Sean Lai McMahon
                                              Sean Lai McMahon
                                              Deputy Public Defender
                                              Attorney for Petitioner

                                              Eric Grant
                                              United States Attorney

                                              /s/ *Tracey N. McDonald*
                                              Tracey McDonald
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Office of Immigration Litigation
                                              Attorneys for Respondents

2

JOINT STIPULATION TO BRIEFING SCHEDULE

## ORDER ON JOINT STIPULATION TO BRIEFING SCHEDULE

IT IS HEREBY ORDERED THAT:

Respondents' response to Petitioner's habeas petition will be due by end of day on April 16, 2026, and Petitioner's reply will be due by end of day on April 20, 2026.

IT IS SO ORDERED.

Dated: April 14, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

JOINT STIPULATION TO BRIEFING SCHEDULE